Royal Italian Government, Appellant, v. The International Committee of Young Men's Christian Associations, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of Anchor Cap and Closure Corporation, Respondent, against Thomas W. Whittle and Others, Constituting the Board of Assessors of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Cecelia K. Loeb, Suing as a Preferred Stockholder of Hamilton Credit Corporation, on Her Behalf, and on Behalf of All Stockholders Similarly Situated, Individually and in the Right of Said Hamilton Credit Corporation, Appellant, v. Hamilton Credit Corporation and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of James Snyder, Respondent, to Cancel and Vacate a Body Execution Issued to the Sheriff of the County of New York by Leonard Tambor, by His Guardian, Sam Tambor, and Sam Tambor, Appellants. — Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [155 Misc. 616.]

William S. Hart and Another, Copartners, etc., Appellants, v. United Artists Corporation, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within twenty days from service of order. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Stephens Fuel Co., Inc., Respondent, v. Emma V. Santini, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Edwin A. Sheridan, Appellant, v. Sussex Holding Company, Inc., Respondent. — Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance. The date for the examination to proceed to be fixed in the order. Settle order on notice.

Lawrence Smook, an Infant, by Philip W. Smook, His Guardian ad Litem, and Philip W. Smook, Appellants, v. Hyman Pensky, Respondent, Impleaded with Another.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Proceedings Supplementary to Execution: Joseph H. Sand, Judgment Creditor, Appellant, v. Stanley Y. Beach, Judgment Debtor, Respondent.— Order so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

George S. Van Schaick, Superintendent of Insurance of the State of New York, as Rehabilitator of the State Title and Mortgage Company, and Others,